**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Platinum Recruiting Group Inc |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-1364029 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 12760 Horseferry Rd. <br> Carmel, IN 46032 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Hamilton <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Platinum Recruiting Group Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor    Platinum Recruiting Group Inc                          Case number (*if known*) _____
                  Name

**11.  Why is the case filed in**    *Check all that apply:*
      ***this district?***

      ☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

      ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**     ☒ No
      **have possession of any**
      **real property or personal**  ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**               **Why does the property need immediate attention?** (*Check all that apply.*)

                                      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                         What is the hazard?  _____

                                      ☐ It needs to be physically secured or protected from the weather.

                                      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                      ☐ Other  _____

                                      **Where is the property?**   _____
                                                                   Number, Street, City, State & ZIP Code

                                      **Is the property insured?**
                                      ☐ No
                                      ☐ Yes.    Insurance agency  _____
                                                Contact name      _____
                                                Phone             _____

### Statistical and administrative information

**13.  Debtor's estimation of**    .    *Check one:*
      **available funds**

                                      ☒ Funds will be available for distribution to unsecured creditors.

                                      ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☒ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
      **creditors**            ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                               ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                               ☐ 200-999

**15.  Estimated Assets**    ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000        ☐ $10,000,001 - $50   million    ☐ $1,000,000,001 - $10 billion
                             ☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                  ☐  $50,001 - $100,000       ☐ $10,000,001 - $50   million    ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                      page 3

Debtor   Platinum Recruiting Group Inc
     Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 31, 2026
             MM / DD / YYYY

**X** /s/   Brian McCall                   Brian McCall
    Signature of authorized representative of debtor         Printed name

Title    CEO/Owner

**18. Signature of attorney**

**X** /s/ Laura DuVall                     Date   July 31, 2026
    Signature of attorney for debtor                  MM / DD / YYYY

Laura DuVall 39518-49
Printed name

Rochelle McCullough, LLP
Firm name

300 North Meridian St., Suite 1260
Indianapolis, IN 46204
Number, Street, City, State & ZIP Code

Contact phone    (317) 348-5678      Email address   lduvall@romclaw.com

39518-49 IN
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Platinum Recruiting Group Inc |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981540 El Paso, TX 79998-1540 | | Business Credit Card Debt | | | | $13,735.00 |
| Bank of America PO Box 45224 Jacksonville, FL 32232-5224 | | 2021 BMW X6 | | $47,029.33 | Unknown | $47,029.33 |
| Capital One Business P.O. Box 30285 Salt Lake City, UT 84130 | | Credit Card | | | | $26,657.93 |
| Cromwell Capital LLC 398 E. Dania Beach Blvd, #297 Dania, FL 33004 | | Business Debt | Contingent Unliquidated Disputed | | | $251,947.00 |
| First Financial Bank c/o Brad Sefton 2105 N Highway 3 Bypass PO Box 507 Greensburg, IN 47240 | | | | $336,254.00 | $0.00 | $336,254.00 |
| First Financial Bank c/o Brad Sefton 2105 N Highway 3 Bypass PO Box 507 Greensburg, IN 47240 | brad.sefton@bankatfirst.com | | | $141,032.00 | $0.00 | $141,032.00 |
| First Financial Bank c/o Brad Sefton 2105 N Highway 3 Bypass PO Box 507 Greensburg, IN 47240 | | | | $61,088.00 | $0.00 | $61,088.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor    Platinum Recruiting Group Inc

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Financial Bank 2105 N Highway 3 Bypass PO Box 507 Greensburg, IN 47240 | | | | $36,983.00 | $0.00 | $36,983.00 |
| First Financial Bank 2105 N Highway 3 Bypass PO Box 507 47240 | | | | $17,811.00 | $0.00 | $17,811.00 |
| JPMorgan Chase Bank, N.A Legal Papers Served Mail Code LA2-7100 1414 Woodward Avenue Ruston, LA 71270-2015 | | Business Credit Card | | | | $83,099.00 |
| Merchant Marketplace Holdings Corp. 2777 Summer Street, Ste 501 Stamford, CT 06905 | | Business Debt | Contingent Unliquidated Disputed | | | $236,747.00 |
| Small Business Administration Office of General Counsel Attn: Bankruptcy 332 S. Michigan Ave., Ste 600 Chicago, IL 60604 | | | | $53,422.00 | $0.00 | $53,422.00 |
| The Huntington National Bank PO Box 182519 Columbus, OH 43218-2519 | | | | $20,231.00 | $0.00 | $20,231.00 |
| Torro, LLC 5965 South 900 East, Suite 450 Murray, UT 84121 | | Business Debt | Contingent Unliquidated Disputed | | | $165,619.00 |
| Torro, LLC 5965 South 900 East, Suite 450 Salt Lake City, UT 84121 | | Business Debt | Contingent Unliquidated Disputed | | | $62,083.20 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Indiana Department of Revenue
100 North Senate Avenue
MS108
Indianapolis, IN 46204


Office of the Indiana Attorney General
Asset Recovery and Bankruptcy Section
302 W. Washington St., 5th Floor
Indianapolis, IN 46204


Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


American Express
P.O. Box 981540
El Paso, TX 79998-1540


Bank of America
PO Box 45224
Jacksonville, FL 32232-5224


Blackwell, Burke, Fowley and Rossow, PC
c/o Jim Rossow
101 West Ohio Street, Suite 1700
Indianapolis, IN 46204


Blackwell, Burle, Fowler and Rossow, PC
c/o Jim Rossow
101 West Ohio Street, Suite 1700
Indianapolis, IN 46204


Brian McCall
12760 Horseferry Rd
Carmel, IN 46032


Capital One Business
P.O. Box 30285
Salt Lake City, UT 84130


Cromwell Capital LLC
398 E. Dania Beach Blvd, #297
Dania, FL 33004


First Financial Bank
c/o Brad Sefton
2105 N Highway 3 Bypass PO Box 507
Greensburg, IN 47240


JPMorgan Chase Bank, N.A
Legal Papers Served
Mail Code LA2-7100 1414 Woodward Avenue
Ruston, LA 71270-2015

Law Offices of Regent & Associates
500 Lovett Blvd., Ste 225
Houston, TX 77006


Merchant Marketplace Holdings Corp.
2777 Summer Street, Ste 501
Stamford, CT 06905


Russell Weekes
491 North Bluff St., Ste. 201
Saint George, UT 84770


Small Business Administration
Attn: Bankruptcy
Office of General Counsel
332 S. Michigan Ave., Ste 600
Chicago, IL 60604


The Huntington National Bank
PO Box 182519
Columbus, OH 43218-2519


Topline Recovery
1078 Summit Ave., Ste. 104
Jersey City, NJ 07307


Torro, LLC
5965 South 900 East, Suite 450
Murray, UT 84121

# United States Bankruptcy Court
## Southern District of Indiana

In re   Platinum Recruiting Group Inc

Debtor(s)

Case No. _____

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Platinum Recruiting Group Inc___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 31, 2026

Date

/s/ Laura DuVall

Laura DuVall 39518-49

Signature of Attorney or Litigant

Counsel for   Platinum Recruiting Group Inc

Rochelle McCullough, LLP

300 North Meridian St., Suite 1260
Indianapolis, IN 46204
(317) 348-5678  Fax:
lduvall@romclaw.com